waive their rights. See *Gumienny v Hess,* 285 Mich 411, 414-415; 280 NW 809, 810 (1938).

## APRIL 5, 1979

STATE BAR GRIEVANCE ADMINISTRATOR V McWHORTER. (Docket No. 60689.) Rehearing granted. Appellant McWhorter and the Grievance Administrator may file additional briefs on condition that such briefs are filed and served on or before May 25, 1979. The clerk is directed to place this cause on the June 1979 Session Calendar for resubmission without further oral argument. *Eugene N. LaBelle,* Counsel, Attorney Grievance Commission. *Foster, Swift, Collins & Coey* for appellant. *Michael Franck,* Executive Director, and *Douglas L. Sweet,* Director of Research and Development, for the State Bar of Michigan as amicus curiae. Reported at 405 Mich 563.

## APRIL 6, 1979

FALK V STATE BAR OF MICHIGAN. (Docket No. 60722.) The clerk is directed to place the instant matter on the June calendar for argument and submission to the Court. The parties shall print the briefs already submitted. GCR 1963, 857. The printed briefs shall be submitted on or before May 15, 1979. *Allan S. Falk, in propria persona,* plaintiff. *Bushnell, Gage & Reizen* for defendant.

## APRIL 10, 1979

CENTRAL MICHIGAN UNIVERSITY FACULTY ASSOCIATION V CENTRAL MICHIGAN UNIVERSITY. (Docket No. 59753.) Rehearing denied. *Foster, Swift, Collins & Coey, P.C.,* for plaintiff-appellant. *J. David Kerr,* University Counsel, and *Clary, Nantz, Wood & Van Orden* for defendant-appellee. Reported at 404 Mich 268.

COLEMAN, C.J., and KAVANAGH and LEVIN, JJ., would remand this cause to the Court of Appeals to consider issues not addressed by that Court in its opinion.

GRUSKIN V FISHER. (Docket No. 58719.) Rehearing denied. *Robert H. Golden, P.C.,* for plaintiffs-appellants. *Lieberman & Tukel, P.C.,* for defendants-appellees. Reported at 405 Mich 51.